# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

   v.

**IBAN JACKSON**

### WAIVER OF PRELIMINARY
### EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number  **07-242M**

I, **IBAN JACKSON**, charged in a complaint pending in this District with **KNOWINGLY POSSESS A FIREARM WHILE BEING A CONVICTED FELON**, in violation of Title 18, U.S.C.,922(g)(1) and 924(a)(2) , and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
*Counsel for Defendant*

December 6, 2007



F I L E D

DEC — 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE