REDACTED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Criminal Action No. 07-168 |
| v. | : | |
| IBAN S. JACKSON, | : | REDACTED |
| Defendant. | : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about December 3, 2007, in the State and District of Delaware, IBAN S. JACKSON, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Ruger 9 mm, serial number 31634429, after having been convicted on or about June 1, 1998, in the Superior Court in and for New Castle County, Delaware, of a felony crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: /s/
Seth M. Beausang
Assistant United States Attorney
Dated: December 13, 2007.

FILED
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE