IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | Cr. A. No. 07-168 |
| ) | |
| IBAN JACKSON,    ) | |
| ) | |
| Defendant.   ) | |

### MOTION AND ORDER FOR STAY PENDING APPEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Robert J. Prettyman, Assistant United States Attorney for the District of Delaware, respectfully moves that the Court stay its Order of release, pending the Government's appeal to a Judge of the District Court for the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

FILED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: *Robert J. Prettyman*
Robert J. Prettyman
Assistant United States Attorney

Dated: December 14, 2007

**IT IS SO ORDERED** this 14th day of December, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge