IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-168 |
| | : | |
| IBAN JACKSON, | : | |
| | : | |
| Defendant. | : | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE</u>**
**<u>OF BAIL HEARING</u>**

Defendant, Iban Jackson, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court for an Order continuing the Bail Hearing in this case.

In support of this motion, Mr. Jackson avers as follows:

1. On or about December 4, 2007, Mr. Jacskon appeared before Magistrate Judge Thynge for an Initial Appearance. Subsequently, a Detention Hearing was scheduled for December 6, 2007.

2. The Detention Hearing was held, but was continued to December 14, 2007 to allow for further evidence to be presented. On that date, the government's motion for detention was denied and Mr. Jackson was ordered released.

3. The government has appealed Mr. Jackson's Order of release and a hearing is currently scheduled before the Honorable Sue L Robinson on December 19, 2007 at 2:00 pm.

4. Iban Jackson respectfully requests a brief continuance of his Bail Hearing in order to obtain and review medical records and speak with his treating physician.

5. The government has been informed of this request, and they do not object to a continuance.

**WHEREFORE,** the Defendant Iban Jackson , respectfully requests that this Court issue an Order continuing the Bail Hearing.

Respectfully submitted,

\_\_\_/s_____
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Iban Jackson

Dated:December 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-168 |
| | : | |
| IBAN JACKSON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Bail Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Jackson's Bail Hearing shall be on the _____ day of _____, 2007/2008, at _____ a.m./p.m.

Honorable Sue L. Robinson
Chief Judge, United States District Court