IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-168 |
| IBAN JACKSON, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Bail Hearing;

**IT IS HEREBY ORDERED** this __18th__ day of __December__, 2007, that Defendant Jackson's Bail Hearing shall be on the __4th__ day of __January__, 2007/2008, at __8:30__ a.m./p.m.

_____
Honorable Sue L. Robinson
Chief Judge, United States District Court