IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-168-GMS |
| IBAN JACKSON, | : | |
| Defendant. | : | |

# DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENTS

Defendant, Iban S. Jackson, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 12(b)(3) and the Fourth Amendment of the United States Constitution, for an Order suppressing the Government's use of any and all evidence illegally seized by law enforcement officials on or about December 3, 2007, and also moves for an Order suppressing the statements made by defendant subsequent to the illegal search and seizure.

1.  By Indictment filed December 13, 2007, defendant Iban S. Jackson was charged with one count of possession of a firearm by a convicted person, in violation of 18 U.S.C. § 922(g)(1).

2.  The Indictment alleges that the firearm was "a Ruger 9 mm, serial no. 31634429," and that the firearm was possessed by defendant on or about December 3, 2007.

3.  The government has provided defense counsel with a copy of a Wilmington Police report captioned "Investigate Narrative."

4. The "Investigative Narrative" alleges as follows:

    a. that defendant was the operator and sole occupant of a gold Buick Lesabre;

    b. that defendant was stopped after he turned without signaling;

    c. that defendant was found to be driving without insurance;

    d. that defendant was asked to step out of his vehicle;

    e. that defendant "became agitated," was handcuffed, and was put in the back of a police car;

    f. that police conducted an "inventory search" of defendant's vehicle; and

    g. that police found the Ruger firearm underneath the driver's seat of defendant's vehicle.

5. The Investigative Narrative further alleges that after being taken into custody, defendant waived his <u>Miranda</u> rights and admitted possessing the firearm.

6. Defendant does not stipulate to the allegations reflected in the Investigative Narrative, but cites those allegations in support of a request for an evidentiary hearing.

7. Defendant moves to suppress the firearm, on the ground that it was secured through a warrantless search and seizure, in violation of the Fourth Amendment of the United States Constitution.

8. Defendant also moves to suppress the statements to police, on the ground that they are the fruits of the unlawful search and seizure.

9. The police Investigative Narrative refers to the search of defendant's vehicle as an "inventory search."

10. Under the "inventory search" exception to the Fourth Amendment warrant

requirement police may lawfully conduct a warrantless inventory search of a seized vehicle if the search is "conducted according to standardized criteria or established routine." Colorado v. Bertine, 479 U.S. 367, 374 n. 6, 107 S. Ct. 738, 742 n. 6 (1987).

11.     Where police conduct a warrantless search of a vehicle, "the burden is on the government to establish by a preponderance of the evidence that the circumstances justified acting without a warrant." United States v. Ushery, ___ F.Supp.2d ___, ___ 2007 WL 4322272, *3 (M.D. Pa., Dec. 12, 2007) (Conner, J.), citing Vale v. Louisiana, 399 U.S. 30, 34, 90 S.Ct. 1969, 1972 (1970) and United States v. Herrold, 962 F.2d 1131, 1137 (3d Cir. 1992).

12.     The burden, therefore, rests with the government to prove, by a preponderance of the evidence, that the police search of defendant's vehicle came within the "inventory search" exception to the Fourth Amendment warrant requirement.

**WHEREFORE**, it is respectfully requested that an evidentiary hearing be scheduled, and that Defendant's Motion to Suppress Evidence and Statements be GRANTED.

Respectfully submitted,

\_\_\_/s/_____
Luis A. Ortiz
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE   19801
ecf_de@msn.com

Attorney for Defendant Iban Jackson

Dated:  January 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-168-GMS |
| | : | |
| IBAN JACKSON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Court having considered Defendant Jackson's Motion to Suppress Evidence and Statements and good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the physical evidence seized from the Buick Lesabre shall be suppressed, and that Defendant Jackson's subsequent statements to police shall be suppressed.

 

Honorable Gregory M. Sleet
Chief Judge, United States District Court