IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-168-GMS |
| IBAN JACKSON, | : | |
| Defendant. | : | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Iban S. Jackson, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court for an Order modifying his conditions of release.

In support thereof, Mr. Jackson avers as follows:

1. On or about January 4, 2008, Iban Jackson was released following a detention hearing. As a condition of his release, Mr. Jackson was placed on 24 hour home confinement.

2. Iban Jackson seeks a modification of his release conditions to permit him to attend classes at the James Grove High school in Wilmington, Delaware, in order to obtain his high school diploma.

3. Assistant United States Attorney, Seth Beausang, is not opposed to this request.

**WHEREFORE**, it is respectfully requested that this Court enter an Order modifying the conditions of Mr. Jackson's release to allow him to attend classes at the James Grove High School in Wilmington, Delaware.

Respectfully submitted,

 /s/
LUIS A. ORTIZ
Assistant Federal Defender

Attorney for Defendant Iban Jackson

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, DE   19801
(302) 573-6010
ecf_de@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-168 |
| | : | |
| IBAN JACKSON, | : | |
| | : | |
| Defendant. | : | |

### **O R D E R**

**AND NOW,** this _____ day of _____, 2008, it is hereby

**ORDERED** that the pre-trial release Order for Iban Jackson is modified to allow Mr. Jackson to attend classes at the James Grove High School in Wilmington, Delaware, in order to obtain his high school diploma.

BY THE COURT:

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court