IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-168 |
| IBAN JACKSON, | : |
| Defendant. | : |

**ORDER**

AND NOW, this \_\_\_8th\_\_\_ day of \_\_\_Feb\_\_\_, 2008, it is hereby

**ORDERED** that the pre-trial release Order for Iban Jackson is modified to allow Mr. Jackson to attend classes at the James Grove High School in Wilmington, Delaware, in order to obtain his high school diploma.

BY THE COURT:

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
FEB - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE