IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-168-GMS |
| IBAN S. JACKSON, | : | |
| Defendant. | : | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S PRE-HEARING MEMORANDUM

AND NOW comes the defendant, Iban S. Jackson, by his attorney Luis A. Ortiz, and files this Response to the Government's Pre-Hearing Memorandum of February 27, 2008.

In support thereof, Mr. Jackson avers as follows:

1. Defendant Iban S. Jackson is charged with one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

2. The firearm was seized by police during the warrantless search of a vehicle, which had been operated by Mr. Jackson.

3. In its response of February 27, 2008, the government claims that Mr. Jackson voluntarily consented to the warrantless search of the vehicle.

4. It is denied that Mr. Jackson voluntarily consented to the warrantless search of the vehicle.

WHEREFORE, it is respectfully requested that an evidentiary hearing be conducted, and that the motion to suppress physical evidence and statement be GRANTED.

Respectfully submitted,

___/s/_____
Luis A. Ortiz
Assistant Federal Public Defender

Attorney for Defendant Iban Jackson

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, DE   19801
303-573-6010
ecf_de@msn.com


DATED:  March 3, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-168-GMS |
| | : | |
| IBAN JACKSON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The Court having considered Defendant Iban Jackson's Response to Government's Pre-Hearing Memorandum having been shown therefore;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that the evidentiary hearing be conducted, and that the motion to suppress physical evidence and statement be GRANTED.

 

**HONORABLE GREGORY M. SLEET**
Chief Judge, United States District Court