IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-168 GMS |
| | : |
| IBAN JACKSON | |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the motions hearing regarding the above-captioned defendant is rescheduled to **Monday, March 17, 2008, at 10:45 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

March 4, 2008