UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| : | Criminal Action No. 07-168-GMS |
| Plaintiff,   : | |
| : | |
| v.   : | |
| : | |
| IBAN S. JACKSON,   : | |
| : | |
| Defendant.   : | |

## MOTION TO DISMISS

COMES NOW, the United States, by and through its undersigned counsel, Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, and, in light of the Court's order granting the Defendant's Motion To Suppress Evidence and Statements, respectfully moves to dismiss the Indictment.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
1007 Orange Street, Suit 700
Wilmington, DE 19801

Dated:  May 1, 2008.

**IT IS SO ORDERED this _____ day of _____, 2008.**

_____
**The Honorable Gregory M. Sleet, Chief Judge**
**United States District Court**