UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal Action No. 07-168-GMS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IBAN S. JACKSON, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS**

COMES NOW, the United States, by and through its undersigned counsel, Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, and, in light of the Court's order granting the Defendant's Motion To Suppress Evidence and Statements, respectfully moves to dismiss the Indictment.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By:_____/s/ Seth M. Beausang_____
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
1007 Orange Street, Suit 700
Wilmington, DE 19801

Dated: May 1, 2008.

IT IS SO ORDERED this __2nd__ day of __May__, 2008.

_____
The Honorable Gregory M. Sleet, Chief Judge
United States District Court

FILED

MAY - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE