IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                   Criminal Action No.07-168-GMS

IBAN S. JACKSON

    Defendant,

**ORDER FOR RETURN OF DEED**

On, December 14, 2007, Daniel E. Jervey and Diane C. Jervey posted the deed to property located in Wilmington, Delaware as collateral for bail for the defendant, Iban S. Jackson , and on May 2, 2008 the indictment against Iban S. Jackson was dismissed. As it is no longer necessary for this Court to hold the collateral,

IT IS HEREBY ORDERED that the Clerk of this Court return the deed to Daniel E. Jervey and Diane C. Jervey.

May 8, 2008
_____
Date

_____
United States District Judge