OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

UNITED STATES OF AMERICA

v.                              Criminal Action No. 07-168-GMS

IBAN S. JACKSON

### ACKNOWLEDGMENT OF RECEIPT

Pursuant to the Order signed by The Honorable Gregory M. Sleet, I hereby acknowledge receipt of the deed to property located in Wilmington, Delaware which was posted as bail in the above case.

5-10-08
_____
DATE

_____
Signature

2008 MAY 15  PM 2:42
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 149918 — LD
December 14, 2007

Code      Case #      Qty      Amount


Total—>                        0.00


FROM: IBAN S. JACKSON
      DEED TO:2904 NORTH MONROE ST
      WILMINGTON, DE 19802
      07-CR-168

UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 149918 — LD
December 14, 2007

Code      Case #      Qty      Amount


Total—>                        0.00

FROM: IBAN S. JACKSON
      DEED TO:2904 NORTH MONROE ST
      WILMINGTON, DE 19802
      07-CR-168